**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
ANGEL DELGADILLO, SR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-CR-00256-3 LJO-SKO |
| Plaintiff, | |
| v. | **REQUEST TO WITHDRAW AS ATTORNEY OF RECORD; [PROPOSED] ORDER** |
| ANGEL DELGADILLO, SR., | |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Anthony P. Capozzi, attorney for Defendant, ANGEL DELGADILLO, SR., hereby moves to withdraw as attorney of record in the above entitled case. Said motion is based upon the Declaration of Anthony P. Capozzi.

**DECLARATION OF ANTHONY P. CAPOZZI**

I, ANTHONY P. CAPOZZI, DECLARE:

1. I am the attorney of record for the Defendant, ANGEL DELGADILLO, SR., in the above entitled case.

2. I accepted the appointment to represent the Defendant in this case on or about November 8, 2019, and have served as counsel of record since that date.

3. I attended the initial appearance on Friday, November 8, 2019, and the Detention hearing on Wednesday, November 13, 2019.

4. A notice of appearance was not filed in this case as it remained sealed until Friday, November 22, 2019; however it was emailed to the court clerk on November 12, 2019.

5. I was out of town on November 22, 2019, and was unable to attend the Arraignment. However, I arranged to have another attorney make a special appearance on my behalf.

6. On November 22, 2019, a notice of appearance was filed by attorney Martin Taleisnik.

7. It is respectfully requested that this attorney be relieved as the appointed attorney of record based on the fact that the Defendant has retained private counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 11th day of December 2019, at Fresno, California.

Respectfully submitted,

By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant ANGEL DEGADILLO, SR.

**ORDER**

For the reasons set forth above, Defense Counsel's Request to Withdraw as Attorney of Record is GRANTED.

IT IS SO ORDERED.

Dated: **December 13, 2019**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE