McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00256-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE GOVERNMENT'S DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION FOR BAIL REVIEW; ORDER |
| v. | |
| ANGEL DELGADILLO, SR., | DATE: July 1, 2020 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Stanley A. Boone |

This case is set for bail review on July 1, 2020 at 2:00 pm. Defendant Angel Delgadillo, Sr. filed his amended motion for bail review on June 12, 2020. (ECF #193) (the "motion"). Pursuant to the Court's local practice in COVID-19 bail review hearings, the government's response is due no later than June 29, 2020.

In light of the recent news regarding the increase in COVID-19 at the Fresno County Jail, and discussions with the Pretrial Services Office on June 26, 2020 and June 29, 2020, the government seeks additional time to make its recommendation in this matter, and to set forth such position in a response/opposition to the motion.

///

///

///

///

1

Thus, the government requests, and the Defendant does not oppose, that the Court grant the government until June 30, 2020 to file its response/opposition to the Defefendant's motion.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  June 29, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| Dated:  June 29, 2020 | /s/ Martin Taleisnik<br>Martin Taleisnik<br>Counsel for Defendant<br>Angel Delgadillo, Sr.<br>(Authorized by email 6/29/2020) |

IT IS SO ORDERED.

Dated:   **June 29, 2020**

UNITED STATES MAGISTRATE JUDGE

2