1  Martin Taleisnik, #172218
   *SAWL LAW GROUP*
2  2150 Tulare Street
   Fresno, CA 93721
3  Telephone: (559) 266-9800
   Fax:(559) 266-3421
4  Email: mtaleisnik@sawllaw.com

5  Attorney for Angel Delgadillo, Sr.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANGEL DELGADILLO, SR.,<br><br>    Defendant. | No. **1:19-cr-00256-NONE-SKO-3**<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S PRETRIAL SERVICES SUPERVISION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO, AND JEFFREY A. SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANGEL DELGADILLO, SR., by and through his attorney of record, MARTIN TALEISNIK, and at the request of Pretrial Services, hereby moves that the court modify Mr. Delgadillo's Pretrial Services' supervision. Angel Delgadillo Sr. is currently subject to location monitoring under Home Detention. He has been under Pretrial Services' supervision since August 21, 2020. He has been compliant under supervision, and responsive to Pretrial Services. He is proactive with his supervision, and has shown he is determined to remain compliant with his conditions of release.

Pretrial Services believes that Mr. Delgadillo, Sr. should still be subject to location monitoring; however, given his performance as noted above, it is requested that his location monitoring condition be amended from Home Detention, to a Curfew. Mr. Delgadillo's Pretrial Services Officer, Mark De La Torre, is aware of the request and he has no objection. Mr. De La Torre has communicated with AUSA Spivak and he has no objection.

The current Order Setting Conditions of Release (Document 240; filed 8/20/20 in this case) remains in full force except that Condition 7(l) shall be amended to remove Home Detention and should now read:

> You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer. **CURFEW:** You must remain inside your residence every day from 7:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All prior orders remain in full force and effect.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: February 16, 2021          /s/ Martin Taleisnik
                                  Attorney for Defendant
                                  Angel Delgadillo, Sr.

Dated: February 16, 2021          /s/ Jeffrey A. Spivak
                                  Asst. United States Attorney

**ORDER**

**IT IS SO ORDERED** that Angel Delgadillo's Pretrial Supervision be modified. Mr. Delgadillo, Sr. must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 7(l) which is modified by removing the Home Detention requirement and adding a Curfew requirement in its place. While on curfew, Mr. Delgadillo, Sr. is ordered to obey the following language: CURFEW: You must remain inside your residence every day from 7:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All prior orders remain in full force and effect.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **October 8, 2021**

UNITED STATES MAGISTRATE JUDGE