Martin Taleisnik, #172218
*SAWL LAW GROUP*
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Fax:(559) 266-3421
Email: mtaleisnik@sawllaw.com

Attorney for Angel Delgadillo, Sr.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ANGEL DELGADILLO, SR.,<br><br>  Defendant. | No. **1:19-cr-00256-NONE-SKO-3**<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S PRETRIAL SERVICES SUPERVISION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO, AND JEFFREY A. SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ANGEL DELGADILLO, SR., by and through his attorney of record, MARTIN TALEISNIK, and at the request of Pretrial Services, hereby moves that the court modify Mr. Delgadillo's Pretrial Services' supervision. Angel Delgadillo Sr. is currently subject to location monitoring under Curfew. He has been under Pretrial Services' supervision since August 21, 2020. He has been compliant under supervision, and responsive to Pretrial Services. He is proactive with his supervision, and has shown he is determined to remain compliant with his conditions of release.

1     Pretrial Services believes, that given Mr. Delgadillo's performance as noted
2 above, Mr. Delgadillo's release conditions should be modified to remove the location
3 monitoring condition. Mr. Delgadillo's Pretrial Services Officer, Frank Guerrero, is
4 aware of the request and he has no objection. Mr. Guerrero has communicated with
5 AUSA Jeffrey Spivak and he has no objection.
6     The current Order Setting Conditions of Release (Document 240; filed 8/20/20
7 in this case) remains in full force and effect except that it shall be amended to remove
8 Condition 7(l) requiring Mr. Delgadillo to participate in the location monitoring
9 program.
10     All prior orders remain in full force and effect.
11     **IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: March 15, 2022     /s/ Martin Taleisnik
    Attorney for Defendant
    Angel Delgadillo, Sr.

Dated: March 15, 2022     /s/ Jeffrey A. Spivak
    Asst. United States Attorney

## ORDER

**IT IS SO ORDERED** that Angel Delgadillo's Pretrial Supervision be modified. Mr. Delgadillo, Sr. must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 7(l) requiring Mr. Delgadillo to participate in the location monitoring program which shall be removed.

All prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 16, 2022**

UNITED STATES MAGISTRATE JUDGE