

FILED

MAR 17 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  Martin Taleisnik, #172218
   *SAWL LAW GROUP*
2  2150 Tulare Street
   Fresno, CA 93721
3  Telephone: (559) 266-9800
   Fax:(559) 266-3421
4  Email: mtaleisnik@sawllaw.com

5  Attorney for Angel Delgadillo, Sr.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGEL DELGADILLO, SR.,<br><br>Defendant. | No. **1:19-cr-00256-NONE-SKO-3**<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S PRETRIAL SERVICES SUPERVISION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO, AND JEFFREY A. SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ANGEL DELGADILLO, SR., by and through his attorney of record, MARTIN TALEISNIK, and at the request of Pretrial Services, hereby moves that the court modify Mr. Delgadillo's Pretrial Services' supervision. Angel Delgadillo Sr. is currently subject to a Third Party Custodian. He has been under Pretrial Services' supervision since August 21, 2020. He has been compliant under supervision, and responsive to Pretrial Services. He is proactive with his supervision and has shown he is determined to remain compliant with his conditions of release.

Pretrial Services believes, that given his performance as noted above, Mr.

Delgadillo's release conditions should be modified to remove the Third Party Custodian condition. Mr. Delgadillo's Pretrial Services Officer, Darryl Walker, is aware of the request and he has no objection. Mr. Walker has communicated with AUSA Jeffrey Spivak and he has no objection.

The current Order Setting Conditions of Release (Document 240; filed 8/20/20 in this case) remains in full force and effect except that it shall be amended to remove Condition 6 requiring Mr. Delgadillo be placed in the custody of a Third Party Custodian, specifically Veronica Brambila.

All prior orders remain in full force and effect.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: March 15, 2023         /s/ Martin Taleisnik
                              Attorney for Defendant
                              Angel Delgadillo, Sr.

Dated: March 15, 2023         /s/ Jeffrey A. Spivak
                              Asst. United States Attorney

## ORDER

**IT IS SO ORDERED** that Angel Delgadillo's Pretrial Supervision be modified. Mr. Delgadillo, Sr. must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 6 requiring Mr. Delgadillo be placed in the custody of a Third Party Custodian, specifically Veronica Brambila.

All prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated: 3/17/23

Erica P. Grosjean
United States Magistrate Judge