PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Angel DELGADILLO, Sr. (3),<br><br>Defendant. | CASE NO. 1:19-CR-00256-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: November 27, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for sentencing on November 27, 2023. As set forth below, the parties now move, by stipulation, to continue the sentencing to January 8, 2024.

This case involves voluminous discovery. Given a technological issue, the United States needed to reproduce the discovery to the Probation Office, which caused a delay for the Probation Office.

The Defendant has no objection to continuing the sentencing hearing.

IT IS SO STIPULATED.

Dated: November 8, 2023                     PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ JEFFREY A. SPIVAK
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING HEARING                    1

Dated: November 8, 2023

/s/ Martin Taleisnik
Martin Taleisnik
Counsel for Defendant
Angel Delgadillo, Sr. (3)

**ORDER**

IT IS SO ORDERED.

Dated: **November 8, 2023**

UNITED STATES DISTRICT JUDGE