PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00256-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: October 28, 2024 |
| Angel DELGADILLO, Sr. (3), | TIME: 9:00 a.m. |
| Defendant. | COURT:  Hon. Jennifer L. Thurston |

This case is set for sentencing on October 28, 2024.  As set forth below, the parties now move, by stipulation, to continue the sentencing to January 27, 2025.

///
///
///
///
///
///
///
///
///
///

The United States recently made available to Defendant some supplemental discovery that could affect the Defendant's sentencing hearing.  Counsel for Defendant seeks additional time to review the supplemental discovery and prepare for the sentencing hearing.  The United States has no objection to the continuance and believes such continuance is appropriate.

IT IS SO STIPULATED.

Dated:  October 23, 2024                    PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ JEFFREY A. SPIVAK
                                            JEFFREY A. SPIVAK
                                            Assistant United States Attorney



Dated:  October 23, 2024                    /s/ Martin Taleisnik
                                            Martin Taleisnik
                                            Counsel for Defendant
                                            Angel Delgadillo, Sr. (3)


**ORDER**

IT IS SO ORDERED.

Dated:   **October 23, 2024**              UNITED STATES DISTRICT JUDGE